IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MIGUEL ISRAEL MARTINEZ                                      PETITIONER

v.                          No. 4:14-cv-489-DPM

WHITE COUNTY SHERIFF'S DEPARTMENT                           RESPONDENT

JUDGMENT

The reference to Magistrate Judge Deere is withdrawn. Martinez's petition for writ of habeas corpus, № 1, is denied without prejudice as moot.

*[signature]*
D.P. Marshall Jr.
United States District Judge

27 August 2014